**Joseph Marlo REDMAN, Petitioner–Appellant,**

v.

**Patrick CONROY; Joseph Curran, Respondents–Appellees.**

No. 02–6058.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 29, 2002.

Joseph Marlo Redman, Appellant Pro Se. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Marlo Redman seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Redman v. Conroy,* No. CA–01–3410 (D.Md. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*